ACCEPTED
12-14-00240CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/10/2015 8:33:52 AM
CATHY LUSK
CLERK

## NO. 12-14-00240CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS |
| | § | | TYLER, TEXAS |
| **VS.** | § | **12th COURT** | 7/10/2015 8:33:52 AM |
| | § | | |
| **MARK ERIC EMANUEL** | § | **OF APPEALS** | CATHY S. LUSK<br>Clerk |

### SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Mark Eric Emanuel, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the third Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Mark Eric Emanuel, and numbered 31159.

3. Appellant was convicted of Three Counts.

4. Appellant was assessed a sentence of Probation on July 17, 2014.

5. Notice of appeal was given on September 2, 2014.

6. The clerk's record was filed timely; the reporter's record was filed on May 11, 2015.

7. The appellate brief is presently due on June 11, 2015.

8. Appellant requests an extension of time of 5 days from the present date, i.e. July 10, 2015.

9. One prior extension to file the brief has been received in this cause.

10. Defendant is currently free on bond, having been granted probation in the sentencing.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has suffered an eye injury due to vascular rupture which current impairs sight, and will be seeing a physician the morning of the filing of this motion. A small extension is requested to facilitate the diagnosis and treatment of the impairment, which hopefully will be short in duration.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEPHEN EVANS
1000 North Church
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

By:_____
Stephen Evans
State Bar No. 06717580
sevanslaw@aol.com
Attorney for Mark Eric Emanuel

## CERTIFICATE OF SERVICE

This is to certify that on July 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by electronic service through the Electronic Filing Manager.

_____
Stephen Evans

**STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen Evans, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Stephen Evans
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _7-10_____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas